UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. RIOS,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>COVELLO,<br><br>　　　　　Respondent. | Case No. 2:20-cv-11678-CJC (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the Motion to Dismiss with prejudice as to the grounds that the Petition seeks relief from two separate state court judgments; and (2) ordering Respondent to file and serve an Answer to the Petition addressing the merits of the Petition's claims **within twenty-one (21) days** of the date of this Order.

Dated: June 3, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　United States District Judge