UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. RIOS, <br><br>                Petitioner, <br><br>              v. <br><br>COVELLO, <br><br>                Respondent. | Case No. 2:20-11678-CJC (MAR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Dismiss, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner and Respondent have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      **IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice.

Dated: January 20, 2022

                                                             HONORABLE CORMAC J. CARNEY <br>                                                            United States District Judge