JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. RIOS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>COVELLO,<br><br>　　　　　Respondent. | Case No. 2:20-11678-CJC (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: January 20, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　United States District Judge